IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

LORENZO FORD,                )
                             )
        Petitioner,          )
                             )
vs.                          )     NO. CIV-21-0090-HE
                             )
WARDEN PETTIGREW,            )
                             )
        Respondent.          )

## ORDER

Petitioner Lorenzo Ford, a state prisoner appearing *pro se*, filed a motion for immediate release. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Amanda Green for initial proceedings. Twice, Judge Green ordered petitioner to cure deficiencies in his filing. Petitioner never responded to the orders to cure. Judge Green has now issued a Report and Recommendation recommending that the petition be dismissed for failure to comply with the court's orders.

The Report advised petitioner of his right to object to the Report by June 1, 2021. Petitioner has not objected to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #8]. The petition is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 11th day of June, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE